IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA,

VS.

**JORGE IVAN SALAZAR,**

Defendant

NO. 5: 04-CR-110 (HL)

**VIOLATIONS:** Fraud Related

# O R D E R

The above-named defendant this day appeared with legal counsel before the undersigned for an **INITIAL APPEARANCE HEARING** pursuant to provisions of Rule 5 of the Federal Rules of Criminal Procedure. At said hearing, the court determined that the defendant is an illegal alien and that a detainer has been filed against him by the Immigration and Customs Enforcement Agency (ICE). Thus, release from custody in the above-styled case appears to be a moot issue.

Accordingly, the court will HOLD IN ABEYANCE any consideration of release of this defendant from custody in this case under the Bail Reform Act of 1984 until such time as the detainer has been removed. Counsel for the government and for the defendant are directed to immediately advise the court of any such removal; in that event, the defendant shall be brought before this court FORTHWITH for consideration of his release from custody in the above-captioned case under the Bail Reform Act of 1984. In the meantime, he is remanded to the custody of the U.S. Marshal for the Middle District of Georgia pending further proceedings in this court.

SO ORDERED, this 17th day of SEPTEMBER, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE